# EXHIBIT 1



THE SERVICE COMPANIES
SERVICE. ABOVE ALL

June 14, 2021

Letty Barajas

Letty, this letter will confirm our offer to join The Service Companies as a Director of Operations, based out of Harrah's Tahoe, Nevada.

| | |
|---|---|
| **Position:** | Director of Operations |
| **Location:** | Tahoe, Nevada |
| **Effective Date:** | 7/5/2021 |
| **Reports to:** | Jill Santell, Vice President of Operations, West |
| **Compensation:** | Base Rate: $95,000.00 USD annually |
| **Health & Welfare Benefits:** | You will become eligible for participation in the TSC health and welfare plans on the 1st of the month following your completion of 30 days of employment. |
| **401K:** | You will become eligible for participation in the TSC 401(k) plan after 6 months of employment. |
| **Vacation:** | Please review PTO policy |

Letty, we are extremely excited about your decision to join the TSC Team! Once you have had time to review this offer letter, please sign and return it to me. I look forward to talking with you soon. However, please call me any time if you have any questions at 702-292-3157.

We believe this opportunity will be both challenging and rewarding for you.

Sincerely,

Jill Santell
Vice President of Operations, West

☑ I have read and agree to the above with respect to my employment with TSC. [Offer Accepted]
☐ I have read and decline the offer of employment with TSC. [Offer Declined]

This offer is contingent upon passing an TSC pre-employment background check.

Signature: _____     Date: 06.15.2021
                    Name

This letter does not constitute an employment contract, and nothing contained in this letter or in any other communications you have had with TSC representatives should be construed in any way as a guarantee of continued employment for any period of time, but rather your employment is on an at-will basis. That is, you or TSC may end the employment relationship with or without notice or cause at any time with or without notice.

2900 Monarch Lakes Blvd. Suite 202   |   Miramar, FL 33027
T 305.681.8800 • F 305.681.8804 • theservicecompanies.com