**Beaumont**

Jack Brooks Federal Building and United States Courthouse

300 Willow Street

Suite 104

Beaumont, Texas 77701

Phone: (409) 654-7000

FILED: **11/27/24**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

**Re: Civil Action Number 4:24-cv-00890**

To the Honorable Court of the Eastern District of Texas:

The Defendant, Norma L. Barajas, respectfully requests an extension of time to file a Reply to the Summons in the above-captioned case, currently due on November 27, 2024. Defendant is requesting an additional 14 days, with the new deadline being December 11, 2024, in order to allow sufficient time to consult with an attorney and gather the necessary documentation.

Defendant has made efforts to comply with the current deadline and remains committed to preparing a thorough and timely response. However, due to the recent notification that my father-in-law requires hospice care, this has significantly delayed my ability to properly respond and consult with legal counsel.

In light of these circumstances, Defendant respectfully requests that the Court grant this extension for filing a Reply to the Summons by December 11, 2024.

Thank you for your consideration.

Respectfully submitted,

*NLBarajas*

Norma L Barajas

633 South Saint Marys St #1504

San Antonio, TX 78205

775-686-4257

Barajas.1l@icloud.com

CC: Ian Thomas, Wellness Cleaning, LLC

