# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| THE SERVICE COMPANIES, INC. | § |
| | §   CIVIL ACTION NO.   4:24cv890 |
| v. | §   JUDGE MAZZANT |
| | § |
| NORMA L. BARAJAS, ET AL. | § |
| | § |

## ORDER

Before the Court is Defendant Norma L. Barajas's request for extension of time to "file a Reply to the Summons" (Dkt. #9). The Court finds the request should be and hereby is GRANTED, and Defendant's Original Answer (Dkt. #10) is deemed filed.

**IT IS SO ORDERED.**

SIGNED this 24th day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE